**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL RAY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01626 JLT<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE ACTION |

　　　　On March 10, 2011, plaintiff Michael Ray Johnson and defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated to dismiss this action with prejudice pursuant to of Fed.R.Civ.P. 41(a)(1)(A) and (B), with each party to bear its own fees, costs, and expenses.  (Doc. 13).

　　　　Pursuant to the terms of the stipulation, it is **HEREBY ORDERED**:

　　　　1.　　Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**;

　　　　2.　　Each party shall bear its own fees, costs, and expenses; and

　　　　3.　　The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

　　Dated:　**May 14, 2014**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1